

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-363-CV

SAMUEL MICHAEL SCHILDKRAUT                                            APPELLANT

V.

JUDGE JENNIFER RYMELL, JUDGE JEFF WALKER,                    APPELLEES
SHERIFF LARRY FOWLER, WILLIAM B. SHORT, JR.,
AND SARAH BESHARA

----------

### FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion To Withdrawal Above-Named Case." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL: WALKER, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED: November 6, 2008

---

[1] *See* Tex. R. App. P. 47.4.